```
                                                              FILED
                                                      UNITED STATES DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT              DENVER, COLORADO
             FOR THE DISTRICT OF COLORADO
                                                            APR 19 2011
Civil Action No. 10-cv-02834-BNB                       GREGORY C. LANGHAM
                                                                              CLERK
```

TRACY R. HORRELL,

    Applicant,

v.

ARISTEDES W. ZAVARAS, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 19, 2011, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02834-BNB

Tracy Horrell
Prisoner No. 128862
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 19, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk