IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No.  10-cv-02834-MSK

TRACY R. HORRELL,

    Applicant,

v.

ARISTEDES W. ZAVARAS, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

**ORDER DIRECTING RESPONDENTS TO PROVIDE
REMAINING PORTIONS OF STATE COURT RECORD**

**THIS MATTER** comes before the Court pursuant to an Application for a Writ of Habeas Corpus filed by the Applicant under 28 U.S.C. § 2254.  On May 3, 2011, the Court directed the Respondents to file an Answer to the Application.  Also on May 3, 2011, the Court directed the Respondents to "file . . . a copy of the complete record of Applicant's state court proceedings in *Peope v. Tracy R. Horrell*, Denver District Court Case No. 07CR2377, including all documents in the state court file and transcripts of all proceedings conducted in the state court . . . ."

On May 27, 2011, Respondents filed their Answer.  On May 27, 2011, the Court also received a portion of the written record of the Applicant's state court criminal case from the Denver District Court.  More specifically, the Court received from the Denver District Court two bound volumes and a presentence report.  The Court has not received any transcripts from the Applicant's state court case, even though the Respondents have cited to the transcripts in their Answer.  The Respondents have not advised the Court that the missing transcripts are not

available. Therefore, the Respondents will be directed to supply the remaining portions of the record. Accordingly, it is

**ORDERED** that the Respondents supply to the Court the remaining portions of the state court record of Denver District Court case number 07CR2377 on or before **September 21, 2011.**

DATED this 7th day of September, 2011.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge