IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

CIVIL ACTION NO. 10-cv-02834-MSK

TRACY HORRELL,

    Petitioner,

vs.

ARISTEDES ZAVARAS, and
JOHN W. SUTHERS, the ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 15th day of May, 2014.

BY THE COURT:

Marcia S. Krieger
Chief United States District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2014

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02834-MSK

District Court, City & County of Denver
1437 Bannock Street, Rm 256
Denver, CO 80202

Tracy Horrell
# 128862
Bent County Correctional Facility (BCCF)
11560 Road FF75
Las Animas, CO 81054-9573


Katherine Anne Hansen - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/22/2014  .


                                          JEFFREY P. COLWELL, CLERK

                                          By: s/ D. Berardi
                                                  Deputy Clerk